UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK HARRIS, CEO OF DEFENDERS OF DUE PROCESS FOUNDATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MAYOR BILL DE BLASIO; CITY OF NEW YORK, <br><br> Defendants. | 21-CV-7304 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued October 14, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 14, 2021
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge